# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Charles Feldman, | No. CV-25-02660-PHX-JJT (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

At issue is the report and Recommendation (Doc. 20, "R&R") entered by United States Magistrate Judge Camille D. Bibles concluding that the Court should affirm the decision of the ALJ and enter judgment against Plaintiff Feldman. In the R&R, Judge Bibles warned the parties that they had "fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court," and that "[f]ailure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to *de novo* appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*).

The Court mailed a copy of the R&R to Plaintiff on July 10, 2026. Nearly a month has since elapsed and no party has filed any objection to the R&R, timely or otherwise. The Court is thus empowered to treat as waived Plaintiff's right to this review. It nonetheless reviews the ALJ's decision and the R&R itself on the merits. After so doing, it concludes that in her very thorough 33-page R&R, Judge Bibles has correctly applied

the law in all respects to find: 1) that the record supports the ALJ's determination that the medical source opinions—to include the agency physicians' opinions—were "supported by and consistent with the required quantum of record evidence"; 2) that the ALJ's treatment of and conclusions from the evidence before them was rational; and 3) that the ALJ's ultimate findings regarding Plaintiff's symptom testimony was both rational and supported by substantial evidence—well more than the required 'scintilla.' For all of these reasons,

IT IS ORDERED withdrawing the reference to Magistrate Judge Bibles.

IT IS FURTHER ORDERED adopting in whole the R&R entered by Judge Bibles (Doc. 20).

IT IS FURTHER ORDERED affirming the decision of the Commissioner and directing the Clerk of Court to enter judgment for Defendant Commissioner and against Plaintiff and terminate this matter.

Dated this 5th day of August, 2026.

_____
Honorable John J. Tuchi
United States District Judge